| DATE<br>DEC 21 2005 | U. S. Probation Office<br>Northern District of Ohio | **VIOLATION REPORT**<br>**Supervision Modification Request**<br>(Probation Form 49, Waiver of Hearing is Attached) | | PROB 12B<br>(Rev. 10/99) |
|---|---|---|---|---|
| NAME<br>WALTERS, Randy | | PACTS<br>39043 | JUDGE<br>MANOS | DOCKET #<br>1:01CR00327-001 |
| PROBATION OFFICER<br>Karen L. Ford<br>216-357-7314 | | | DISTRIBUTION<br>Court           CPO | |
| SUPERVISING PROBATION OFFICER<br>Pamela Lynch<br>216-357-7347 | | | PROBATION ROUTING<br>Data Entry           Data Collections | |

**THE COURT ORDERS:**

☑ The Modification of Conditions as follows:

**The offender's term of probation is permitted to expire as scheduled on October 3, 2005 owing restitution. Interest is waived.**

☐ The Extension of Supervision as follows:

☐ The Request is denied.
☐ Alternative Judicial Order (Please specify)

_____
Signature of Judicial Officer

12-22-05
Date

Page 3 of 3

05 DEC 23 AM 6:16